UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB, INC.,

        Plaintiff,

    v.

NATIONAL MARINE FISHERIES SERVICE,

        Defendant.

Case No. 15-cv-05872-EDL

**CASE MANAGEMENT ORDER**

On March 22, 2016, the Court held a case management conference in this case at which it granted Plaintiff leave to file an amended complaint naming the United States Fish and Wildlife Service ("USFWS") as an additional Defendant and set the following schedule:

    Deadline to file amended complaint: March 22, 2016

    Deadline to serve USFWS: March 29, 2016

    Deadline for Defendant National Marine Fisheries Service to complete production of documents: April 8, 2016

    Deadline to file updated joint case management conference statement: May 31, 2016

    Further case management conference: June 7, 2016 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 22, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge