UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, INC.,<br>  Plaintiff,<br>  v.<br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br>  Defendants. | Case No. 15-cv-05872-EDL<br><br>**JUDGMENT** |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered, IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of July 24, 2017, Plaintiff Sierra Club Inc.'s motion for summary judgment is GRANTED in part and DENIED in part, and Defendants National Marine Fisheries Service and United States Fish and Wildlife Service's motion for summary judgment is GRANTED in part and DENIED in part.

**IT IS SO ORDERED.**

Dated: July 24, 2017

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge