STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3929
    Facsimile: (510) 637-3724
    E-mail: emmet.ong@usdoj.gov

Attorneys for Defendants
NATIONAL MARINE FISHERIES SERVICE and
UNITED STATES FISH AND WILDLIFE SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | Civil Action No. 3:15-cv-05872-JCS <br><br> **JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | Pursuant to the Court's order dated May 10, 2021, Dkt. No. 99, the parties submit this joint case |
| 2 | management statement in this Freedom of Information Act case. |
| 3 | On April 26, 2021, the Ninth Circuit remanded the case to this Court for proceedings consistent |
| 4 | with the Supreme Court's opinion, including a segregability analysis where indicated. Dkt. No. 97. |
| 5 | Defendants have notified Plaintiff that they anticipate completing the segregability analysis of the |
| 6 | remaining records at issue by June 30, 2021. Aside from segregability, the issue of fees and costs |
| 7 | remains outstanding. To allow time for Defendants to complete the segregability analysis, and for the |
| 8 | parties to meet and confer, the parties stipulate and jointly request that the case management conference |
| 9 | set for June 4, 2021 be continued until July 30, 2021. The parties will provide the Court with a joint |
| 10 | case management statement by July 23, 2021. The parties respectfully submit that proceeding this way |
| 11 | will be the most efficient use of the Court's and the parties' resources. |
| 12 | IT IS SO STIPULATED. |

DATED: May 24, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Emmet P. Ong\**
EMMET P. ONG
Assistant United States Attorney

*Attorneys for Defendants National Marine Fisheries Service and United States Fish and Wildlife Service*

DATED: May 24, 2021

Respectfully submitted,

SUPER LAW GROUP, LLC

*/s/ Reed W. Super*
REED W. SUPER

*Attorney for Plaintiff Sierra Club, Inc.*

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that concurrence in the filing of the document has been obtained from the other Signatory.

JT. CASE MGMT. STMT. AND [PROPOSED] ORDER TO CONTINUE CMC
NO. 3:15-CV-05872-JCS
2

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, it is hereby ORDERED that the case management conference currently set for June 4, 2021 is continued until July 30, 2021. The parties shall provide a joint case management statement by July 23, 2021.

DATED:_____

                                                HON. JOSEPH C. SPERO
                                      United States Chief Magistrate Judge