STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-mail: emmet.ong@usdoj.gov

Attorneys for Defendants
NATIONAL MARINE FISHERIES SERVICE and
UNITED STATES FISH AND WILDLIFE SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>   Defendants. | Civil Action No. 3:15-cv-05872-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1   Pursuant to the Court's order dated May 25, 2021, Dkt. No. 101, the parties submit this joint case
2   management statement in this Freedom of Information Act case.
3   As previously reported, the Ninth Circuit remanded this case requiring Defendants to undertake a
4   segregability analysis of the remaining records at issue.  Defendants are close to completing their
5   analysis but require additional time to finish the interagency consultation process.  Defendants anticipate
6   making a release of any non-exempt materials within the next 30 days.  To allow additional time for
7   Defendants to complete the segregability analysis, and for the parties to discuss the release, the parties
8   stipulate and jointly request that the case management conference set for July 30, 2021 be continued
9   until September 17, 2021.  The parties will provide the Court with a joint case management statement by
10  September 10, 2021.  The parties respectfully submit that proceeding this way will be the most efficient
11  use of the Court's and the parties' resources.
12  IT IS SO STIPULATED.

14  DATED:  July 21, 2021                    Respectfully submitted,
15                                           STEPHANIE M. HINDS
                                             Acting United States Attorney
16
17                                           /s/ Emmet P. Ong*
                                             EMMET P. ONG
18                                           Assistant United States Attorney

19                                           *Attorneys for Defendants National Marine Fisheries
                                             Service and United States Fish and Wildlife Service*
20
21  DATED: July 21, 2021                     Respectfully submitted,

22                                           SUPER LAW GROUP, LLC

23
                                             /s/ Reed W. Super
24                                           REED W. SUPER

25                                           *Attorney for Plaintiff Sierra Club,
                                             Inc.*
26
                                             *In compliance with Civil Local Rule 5-1(i)(3), the
27

28  JT. CASE MGMT. STMT. AND [PROPOSED] ORDER TO CONTINUE CMC
    NO. 3:15-CV-05872-JCS                        1

|   |   |
|---|---|
| 1 | filer of this document attests under penalty of perjury that concurrence in the filing of the document has been obtained from the other Signatory. |
| 2 |  |
| 3 |  |

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, it is hereby ORDERED that the case management conference currently set for July 30, 2021 is continued until September 17, 2021. The parties shall provide a joint case management statement by September 10, 2021.

DATED:_____

_____
HON. JOSEPH C. SPERO
United States Chief Magistrate Judge